# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310                                Date: 6/17/2022    Time: 10:30am

Defendant: Lorenzo Ibarra(J)         J#: 05421-510    Case #: 22-cr-60133-RAR
AUSA: Marc Anton  *Bruce Brown*       Attorney: Jan Smith, AFPD
Violation: PWID Controlled Substance
Proceeding: Detention Hearing                CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No            Recommended Bond: Detention
Bond Set at: $250k CSB with Nebbia           Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
Defendant present. Defendant has immigration detainer.

Both sides stipulate to a $250,000 CSB with Nebbia; reserving the right to a PTD hearing at a later date

**Reading of Indictment Waived**
**Not Guilty plea entered**
**Jury trial demanded**
**Standing Discovery Order requested**

Further proceedings to be held before District Judge

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal: ~~6/24/2022 @ 11:00am FTL Duty~~
Status Conference RE:
D.A.R. 11:12:26                              Time in Court: 5 mins

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..